UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-46558 |
| Barbara J Davis | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER MODIFYING THE PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan is modified post-confirmation to defer the current trustee's default to the end of the plan and to lower the percentage to be paid to the general unsecured creditors per the confirmed plan to the actual percentage that has already been paid.

2. The new plan base is $51,915.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 15, 2019